The People of the State of New York, Respondent,
v. Philip Kastel, Appellant.

(Submitted November 26, 1928; decided December 31, 1928.)

*George Z. Medalie, George Sylvester* and *W. Arthur Kline* for appellant.

*Andrew J. Culick, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.